IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: TESTOSTERONE
REPLACEMENT THERAPY
PRODUCTS LIABILITY LITIGATION

MDL No. 2545
Master Docket Case No. 1:14-cv-01748
Hon. Matthew F. Kennelly

THIS DOCUMENT RELATES TO:
Charles Heine, Jr., as personal
representative de son tort of the estate of
Charles Heine, Sr., a deceased person

Case No. 1:16-cv-01757

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Plaintiff, CHARLES HEINE, JR., by his undersigned attorney, hereby voluntarily dismisses without prejudice the above captioned action against the Defendants, AbbVie, Inc.; Abbott Laboratories; AbbVie Products; Besins Healthcare, Inc; Eli Lilly and Company; Lilly, USA, LLC; Acrux Commercial Pty, Ltd; Accrux DDS Pty, Ltd; Pfizer, Inc.; Pharmacia & UpJohn Company, Inc; Endo Pharmaceuticals, Inc.; Auxilim Pharmaceuticals, Inc.; GlaxoSmithKline, LLC; Actavis, Inc.; Actavis Pharma, Inc.; Actavis Laboratories, UT, Inc.; and Anda, Inc.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof was electronically filed with the Clerk of the Court using the ECF system, which will in turn send email notification to all counsel of record on this 24th day of March, 2016.

           /s/ Joseph H. Saunders
Joseph H. Saunders, Esquire
SAUNDERS & WALKER, P.A.
3491 Gandy Boulevard North, Ste. 200
Pinellas Park, FL 33781
(727) 579-4500, FAX (727) 577-9696
FBN 341746
joe@saunderslawyers.com
Counsel for Plaintiff